# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UA LOCAL 13 PENSION FUND,** | : | CIVL ACTION NO. 1:17-CV-326 |
| **Plaintiff** | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| **THE WESTERN UNION COMPANY HIKMET ERSEK, SCOTT T. SCHEIRMAN and RAJESH K. AGRAWAL,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 10th day of March, 2017, upon consideration of Defendants' Unopposed Motion (Doc. 8) to Transfer Case, it is hereby ORDERED that said motion is GRANTED. The above-captioned action shall be transferred to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1404.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania