# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### FEDERAL BUILDING & COURTHOUSE
### 228 WALNUT STREET, P.O. BOX 847
### HARRISBURG, PA 17108-0847

_____

**OFFICIAL BUSINESS**

**CHRISTOPHER C. CONNER**　　　　　　　　　　　　　　　　　　　**TEL** (717) 221-3945
　**CHIEF JUDGE**　　　　　　　　　　　　　　　　　　　　　　　　**FAX** (717) 221-3949

February 22, 2017

Brian E. Cochran, Esquire　　　　　　　　　　　Howard J. Kaufman, Esquire
David C. Walton, Esquire　　　　　　　　　　　　Kaufman, Coren & Ress, PC
655 West Broadway, Suite 1900　　　　　　　　　Two Commerce Square, Suite 3900
San Diego, CA  92101　　　　　　　　　　　　　　2001 Market Street
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
Michael J. Tobin, Esquire
29 W. Main Street
Honeoye Falls, NY  14472　　　　　　　　　　　　Samuel H. Rudman, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Robbins Geller Rudman & Dowd
　　　　　　　　　　　　　　　　　　　　　　　　58 South Service Road, Suite 200
　　　　　　　　　　　　　　　　　　　　　　　　Melville, NY  11747

　　　Re:　　*UA Local 13 Pension Fund v. The Western Union Company, Hikmet Ersek, Scott T. Scheirman and Rajesh K. Agrawal*
　　　　　　  Civil Action No. 1:17-CV-326

　　　The referenced action has been assigned to me.  If service of the initial pleading is not made within the time allotted by the rules of procedure, a status report shall be submitted to the court addressing the reasons for the delay and the course of action being taken.

　　　Once joinder of this matter has been accomplished, the court will issue an order setting a time and date for a mandatory conference between counsel for all parties and the court.  Such a conference is mandated by Rule 16 of the Federal Rules of Civil Procedure.  The purpose of this conference is to establish deadlines for the management of this case.  The order scheduling the conference will inform the parties in more detail of their responsibilities in preparation for this conference.  Accordingly, it is essential that the answer (or other responsive pleading/motion) be filed in the time provided for in the Federal Rules of Civil Procedure.  To this end, counsel, as well as <u>pro se</u> litigants, are admonished not to enter into agreements for extensions of time without also seeking court approval.  The court will not honor such agreements standing alone.

　　　The parties are advised to comply fully with Rule 26 and other provisions of the Federal Rules of Civil Procedure.  Counsel shall not cease active discovery efforts pending disposition of a motion to dismiss.

　　　Any inquiries you have concerning this case and its progress should be directed to Kimberly McKinney, Deputy Clerk of Court, P.O. Box 983, Federal Building, Harrisburg, Pennsylvania, telephone number (717) 221-3941.

　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　S/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER, Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court

cc:　　　Clerk of Court