# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UA LOCAL 13 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) Civil Action No.: 1:17-cv-00326-CCC |
| Plaintiff, | ) ) Chief Judge Conner |
| v. | ) ) **CLASS ACTION** |
| THE WESTERN UNION COMPANY, HIKMET ERSEK, SCOTT T. SCHEIRMAN and RAJESH K. AGRAWAL, | ) ) ) ) ) ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT

Defendants The Western Union Company ("Western Union"), Hikmet Ersek, Scott T. Scheirman and Rajesh Agrawal (collectively "Defendants") submit this unopposed motion to extend the time for Defendants to respond to Plaintiff's complaint. Pursuant to M.D. Pa. LR7.1, Defendants' counsel certifies that his co-counsel has conferred with Plaintiff's counsel who indicated that Plaintiff concurs in this motion. In support of their motion, Defendants state as follows:

1. On February 22, 2017, Plaintiff filed a "Complaint for Violations of the Federal Securities Laws" (the "Complaint") against the Defendants.

2.      Western Union and Mr. Agrawal were served on March 6 and March 4, 2017, respectively, and accordingly they must answer or otherwise plead by March 27, 2017.

3.      Messrs. Ersek and Scheirman have not been served with the Complaint. Counsel have agreed to promptly execute waivers of service on their behalf allowing for 60 days for those Defendants to respond to the Complaint. *See* Fed. R. Civ. P. 4(d)(3).

4.      By this motion, Defendants seek an extension of time to respond to the Complaint in light of the provisions of the Private Securities Litigation Reform Act ("PSLRA"). Pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i), a lead plaintiff and lead counsel must be appointed by the Court. *See* 15 U.S.C. § 78u-4(a)(3)(B). Pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i)(II), any member of the putative class may move the Court to serve as lead plaintiff of the class no later than 60 days after the date on which the notice of the class was published. In this case, the deadline for filing a motion to be appointed lead plaintiff is March 27, 2017.

5.      Until a lead plaintiff and lead counsel are appointed by the Court, it will not be known who is controlling this litigation for the Plaintiff or what allegations they may ultimately choose to make and pursue. For that reason, it is typical in federal securities class actions that, following the appointment of a lead plaintiff and lead counsel, a consolidated complaint is filed by the appointed lead

plaintiff. Defendants anticipate that after a lead plaintiff is appointed and lead counsel approved by the Court, a consolidated complaint will be filed by whoever is appointed lead plaintiff. The filing of a consolidated complaint would render moot any response that Defendants give to Plaintiff's Complaint.

5. Good cause therefore exists, for reasons of judicial efficiency and economy, to extend Defendants' time to respond until after a lead plaintiff and lead counsel are appointed and an amended consolidated complaint is filed by them. This will help ensure efficiency in the conduct of this action and avoid motion practice directed against a pleading that will almost certainly be superseded. In addition, because some time will be required for Defendants to investigate the allegations of an amended consolidated complaint and prepare a response, Defendants request that the Court grant Defendants an extension of time up to 60 days after the filing of a consolidated complaint to respond, or until such other date as is entered by the Court following the appointment of a lead plaintiff and lead counsel.

WHEREFORE, Defendants request that the Court enter an order extending the time for Defendants to file any responsive pleading in this action until 60 days after appointed lead plaintiff and lead counsel file a consolidated complaint, which shall be filed no later than 60 days following the appointment of a lead plaintiff

and lead counsel, or until such other date as is entered by the Court following the appointment of a lead plaintiff and lead counsel.  Defendants are attaching a proposed form of order.

Dated:  March 10, 2017

        Respectfully submitted,

        s/ David R. Fine
        David R. Fine
        PA66742
        K&L Gates LLP
        17 North Second Street
        18th Floor
        Harrisburg, PA 17101-1507
        Telephone: 717-231-5820
        Facsimile: 717-231-4501
        david.fine@klgates.com

        Of counsel:
        David F. Graham
        Hille R. Sheppard
        SIDLEY AUSTIN LLP
        One South Dearborn
        Chicago, IL  60603
        Telephone:  (312) 853-7000
        Facsimile:  (312) 853-7036
        dgraham@sidley.com
        hsheppard@sidley.com

        *Attorneys for Defendants*

## CERTIFICATE OF CONCURRENCE

I hereby certify that my co-counsel sought concurrence in this motion from counsel for the plaintiff and that counsel kindly indicated that he concurs in the relief sought.

s/ David R. Fine

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorney:

Deborah R. Gross
Kaufman Coren & Ress PC
Two Commerce Square
Suite 3900
2001 Market Street
Philadelphia, PA 19103
215-735-8700

                                        s/ David R. Fine

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UA LOCAL 13 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) Civil Action No.: 1:17-cv-00326-CCC |
| Plaintiff, | ) ) Chief Judge Conner |
| v. | ) ) **CLASS ACTION** |
| THE WESTERN UNION COMPANY, HIKMET ERSEK, SCOTT T. SCHEIRMAN and RAJESH K. AGRAWAL, | ) ) ) ) ) |
| Defendants. | ) |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT

Having considered Defendants' Unopposed Motion for Extension of Extension of Time for Defendants to Respond to the Complaint, and for good cause appearing:

**IT IS HEREBY ORDERED** that:

1. Defendants Ersek and Scheirman shall promptly execute waivers of service pursuant to Federal Rule of Civil Procedure 4(d). Such waivers are without prejudice and without waiver of any of Defendants' defenses, objections, or

arguments in this matter or any other matters, except as to sufficiency of service of process;

2. Plaintiff shall have up to 60 days following the appointment of lead plaintiff and lead counsel to file a consolidated complaint;

3. Defendants shall have up to 60 days after the filing of a consolidated complaint to answer or otherwise plead to the consolidated complaint, or until such other date as is entered by the Court following the appointment of a lead plaintiff and lead counsel;

4. Defendants shall not be required to answer, move, or otherwise substantively respond to the pending Complaint for Violations of the Federal Securities Laws until the date specified in paragraph 3 above;

5. Nothing in this Order is intended in any way to waive or affect any rights, claims, defenses, objections or arguments that any party may have with respect to any matter, other than those expressly addressed in paragraphs 1 through 4 above.

**IT IS SO ORDERED.**

Dated:_____

_____
Chief Judge Conner