# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UA LOCAL 13 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No.: 1:17-cv-00326-CCC |
| Plaintiff, | ) ) | Chief Judge Conner |
| v. | ) ) | **CLASS ACTION** |
| THE WESTERN UNION COMPANY, HIKMET ERSEK, SCOTT T. SCHEIRMAN and RAJESH K. AGRAWAL, | ) ) ) ) ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Defendants The Western Union Company ("Western Union"), Hikmet Ersek, Scott T. Scheirman, and Rajesh Agrawal (collectively "Defendants") submit this unopposed motion to transfer this case to the United States District Court for the District of Colorado. Pursuant to M.D. Pa. LR7.1, Defendants' counsel certifies that his co-counsel has conferred with Plaintiff's counsel who indicated that Plaintiff concurs in this motion. In support of their motion, Defendants state as follows:

1.  On February 22, 2017, Plaintiff filed a "Complaint for Violations of the Federal Securities Laws" (the "Complaint") against the Defendants.

2. Also on February 22, 2017, another similar putative securities class action, brought against the same Defendants and covering the same time frame as the class period in this case, was filed in the United States District Court for the District of Colorado.

3. Western Union is headquartered in the District of Colorado, and the individual defendants all live in the District of Colorado.

4. The transfer of this case to the District of Colorado, where it can be consolidated with the similar action that is pending there, will promote efficiency and judicial economy and is in the interests of justice.  *See* 28 U.S.C. § 1404(a).

5. The Transfer of this case to the District of Colorado also will facilitate the appointment of a lead plaintiff and lead counsel under the Private Securities Litigation Reform Act.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(i) and (ii).

6. Good cause therefore exists, for reasons of judicial efficiency and economy, to transfer this case to the District of Colorado.

WHEREFORE, Defendants request that the Court enter an order transferring this case to the District of Colorado.  Defendants are attaching a proposed form of order.

Dated: March 10, 2017

    Respectfully submitted,

    s/ David R. Fine
    David R. Fine
    PA66742
    K&L Gates LLP
    17 North Second Street
    18th Floor
    Harrisburg, PA 17101-1507
    Telephone: 717-231-5820
    Facsimile: 717-231-4501
    david.fine@klgates.com

    Of counsel:
    David F. Graham
    Hille R. Sheppard
    SIDLEY AUSTIN LLP
    One South Dearborn
    Chicago, IL  60603
    Telephone:  (312) 853-7000
    Facsimile:  (312) 853-7036
    dgraham@sidley.com
    hsheppard@sidley.com

    *Attorneys for Defendants*

## CERTIFICATE OF CONCURRENCE

I hereby certify that my co-counsel sought concurrence in this motion from counsel for the plaintiff and that counsel kindly indicated that he concurs in the relief sought.

s/ David R. Fine

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorney:

Deborah R. Gross
Kaufman Coren & Ress PC
Two Commerce Square
Suite 3900
2001 Market Street
Philadelphia, PA 19103
215-735-8700

                                              s/ David R. Fine

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UA LOCAL 13 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) Civil Action No.: 1:17-cv-00326-CCC |
| Plaintiff, | ) ) Chief Judge Conner |
| v. | ) ) **CLASS ACTION** |
| THE WESTERN UNION COMPANY, HIKMET ERSEK, SCOTT T. SCHEIRMAN and RAJESH K. AGRAWAL, | ) ) ) ) ) ) |
| Defendants. | ) |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Having considered Defendants' Unopposed Motion to Transfer Case to the United States District Court for the District of Colorado, and for good cause appearing:

**IT IS HEREBY ORDERED** that:

1. Defendants' motion is granted;

2. The above-captioned action shall be transferred to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1404.

**IT IS SO ORDERED.**

Dated:_____

_____
Chief Judge Conner