# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UA LOCAL 13 PENSION FUND,** | : | CIVL ACTION NO. 1:17-CV-326 |
| **Plaintiff** | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| **THE WESTERN UNION COMPANY HIKMET ERSEK, SCOTT T. SCHEIRMAN and RAJESH K. AGRAWAL,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 10th day of March, 2017, upon consideration of Defendants' Unopposed Motion (Doc. 7) for Extension of Time to Respond to the Complaint, it is hereby ORDERED that:

1. Defendants Ersek and Scheirman shall promptly execute waivers of service pursuant to Federal Rule of Civil Procedure 4(d). Such waivers are without prejudice and without waiver of any of Defendants' defenses, objections, or arguments in this matter or any other matters, except as to sufficiency of service of process;

2. Plaintiff shall have up to 60 days following the appointment of lead plaintiff and lead counsel to file a consolidated complaint;

3.      Defendants shall have up to 60 days after the filing of a consolidated complaint to answer or otherwise plead to the consolidated complaint, or until such other date as is entered by the Court following the appointment of a lead plaintiff and lead counsel;

4.      Defendants shall not be required to answer, move, or otherwise substantively respond to the pending Complaint for Violations of the Federal Securities Laws until the date specified in paragraph 3 above;

5.      Nothing in this Order is intended in any way to waive or affect any rights, claims, defenses, objections or arguments that any party may have with respect to any matter, other than those expressly addressed in paragraphs 1 through 4 above.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania