CLOSED,HBG,SPADFORM

# United States District Court
# Middle District of Pennsylvania (Harrisburg)
# CIVIL DOCKET FOR CASE #: 1:17-cv-00326-CCC

| | |
|---|---|
| UA Local 13 Pension Fund v. The Western Union Company et al<br>Assigned to: Chief Judge Christopher C. Conner<br>Related Case: 1:17-cv-00110-CCC<br>Cause: 15:78m(a) Securities Exchange Act | Date Filed: 02/22/2017<br>Date Terminated: 03/10/2017<br>Jury Demand: Plaintiff<br>Nature of Suit: 850 Securities/Commodities<br>Jurisdiction: Federal Question |

### Plaintiff

**UA Local 13 Pension Fund**  represented by  **Brian E. Cochran**
*Individually and on Behalf of all* 655 West Broadway, Ste 1900
*Others Similarly Situated* San Diego, CA 92101
 619-231-1058
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **David C. Walton**
 655 West Broadway, Ste 1900
 San Diego, CA 92101
 619-231-1058
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Howard J. Kaufman**
 Kaufman, Coren & Ress, PC
 Two Commerce Square, Suite 3900
 2001 Market Street
 Philadelphia, PA 19103
 215.735.8700
 Fax: 215.735.5170
 Email: hkaufman@kcr-law.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Michael J. Tobin**
 29 W. Main Street

    Honeoye Falls, NY 14472
    585-624-3311
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Samuel H. Rudman**
Robbins Geller Rudman & Dowd LLP
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah R Gross**
Kaufman Coren & Ress PC
Two Commerce Square
Suite 3900
2001 Market Street
Philadelphia, PA 19103
215-735-8700
Email: dgross@kcr-law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

| | | |
|---|---|---|
| **The Western Union Company** | represented by | **David R. Fine**<br>K&L Gates LLP<br>Market Square Plaza<br>17 North Second Street 18th Floor<br><br>Harrisburg, PA 17101-1507<br>717-231-4500<br>Fax: 717-231-4501<br>Email: david.fine@klgates.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Hikmet Ersek** | represented by | **David R. Fine**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Defendant**

Scott T. Scheirman  represented by  **David R. Fine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Rajesh K. Agrawal  represented by  **David R. Fine**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2017 | 1 | COMPLAINT against All Defendants ( Filing fee $400, Receipt Number 0314-4011746), filed by UA Local 13 Pension Fund. (Attachments: # 1 Civil Cover Sheet, # 2 Attachment A)(aaa) (Entered: 02/22/2017) |
| 02/22/2017 | 2 | DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 by UA Local 13 Pension Fund. (aaa) (Entered: 02/22/2017) |
| 02/22/2017 | 3 | Summons Issued as to All Defendants and provided TO ATTORNEY ELECTRONICALLY VIA ECF for service on Defendant(s)in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure. (NOTICE TO ATTORNEYS RECEIVING THE SUMMONS ELECTRONICALLY: You must print the summons and the attachment when you receive it in your e-mail and serve them with the complaint on all defendants in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure). (Attachments: # 1 Summons Packet) (aaa) (Entered: 02/22/2017) |
| 02/22/2017 | 4 | ORDER - Letter to Counsel from Court Re: Case Assignment and Procedures. (See order for complete details.) Signed by Chief Judge Christopher C. Conner on 2/22/17. (ki) (Entered: 02/22/2017) |
| 02/23/2017 |  | SPECIAL ADMISSION FORM AND ECF REGISTRATION FORMS SENT to Attorneyh Rudman, Attorney Walton, Attorney Tobin and Attorney Cochran (lg) (Entered: 02/23/2017) |
| 02/24/2017 | 5 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Deborah R Gross on behalf of UA Local 13 Pension Fund Attorney Deborah R. Gross is seeking special admission. Filing fee $ 50, receipt number 0314-4014744.. (Gross, Deborah) (Entered: |

| | | |
|---|---|---|
| | | 02/24/2017) |
| 02/27/2017 | 6 | SPECIAL ADMISSIONS FORM APPROVED as to Deborah R. Gross, Esquire.Signed by Chief Judge Christopher C. Conner on 2/27/17. (ki) (Entered: 02/27/2017) |
| 03/10/2017 | 7 | Unopposed MOTION for Extension of Time to for Defendants to Respond to the Complaint by Rajesh K. Agrawal, Hikmet Ersek, Scott T. Scheirman, The Western Union Company. (Attachments: # 1 Proposed Order)(Fine, David) (Entered: 03/10/2017) |
| 03/10/2017 | 8 | Unopposed MOTION to Transfer Case by Rajesh K. Agrawal, Hikmet Ersek, Scott T. Scheirman, The Western Union Company. (Attachments: # 1 Proposed Order)(Fine, David) (Entered: 03/10/2017) |
| 03/10/2017 | 9 | ORDER re: motion 7 for ext of time to respond to complaint, setting ddls for defts Ersek & Scheirman to execute waivers of svc, pltf for filing consol complaint, deft to respond to any consol complaint, not req'ng defts to answer, move or otherwise substantively respond to complaint for violations on Fed Securities Laws until date in Para 3... (See order for complete details.) Signed by Chief Judge Christopher C. Conner on 3/10/17. (ki) (Entered: 03/10/2017) |
| 03/10/2017 | 10 | ORDER granting defts' motion to transfer case 8 & transferring case to USDC for District of Colorado pursuant to 28 USC 1404. (See order for complete details.) Signed by Chief Judge Christopher C. Conner on 3/10/17. (ki) (Entered: 03/10/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/13/2017 09:39:12 | | | |
| **PACER Login:** | ux4960:4268999:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-cv-00326-CCC |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |