**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00648-KMT

UA LOCAL 13 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN and
RAJESH K. AGRAWAL,

    Defendants.

**PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL**

1244397_1

Please note the appearance of the undersigned Henry Rosen of Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, California 92101; phone number 619/231-1058; email HenryR@rgrdlaw.com as counsel on behalf of plaintiff UA Local 13 Pension Fund in this action.  The undersigned respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this action.

DATED:  March 15, 2017                     ROBBINS GELLER RUDMAN
                                               & DOWD LLP
                                           HENRY ROSEN


                                                s/ HENRY ROSEN
                                              HENRY ROSEN

                                           655 West Broadway, Suite 1900
                                           San Diego, CA  92101-8498
                                           Telephone:  619/231-1058
                                           619/231-7423 (fax)

                                           THE SHUMAN LAW FIRM
                                           KIP B. SHUMAN
                                           RUSTY E. GLENN
                                           885 Arapahoe Avenue
                                           Boulder, CO  80302
                                           Telephone:  303/861-3003
                                           303/484-4886 (fax)
                                           kip@shumanlawfirm.com
                                           rusty@shumanlawfirm.com

                                           ROBBINS GELLER RUDMAN
                                               & DOWD LLP
                                           ROBERT J. ROBBINS
                                           120 East Palmetto Park Road, Suite 500
                                           Boca Raton, FL  33432
                                           Telephone:  561/750-3000
                                           561/750-3364 (fax)

                                           LAW OFFICES OF MICHAEL TOBIN
                                           MICHAEL J. TOBIN
                                           29 W. Main Street
                                           Honeoye Falls, NY  14472
                                           Telephone:  585/624-3311

                                           Attorneys for Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that on March 15, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 15, 2017.

      s/ HENRY ROSEN
      HENRY ROSEN

      ROBBINS GELLER RUDMAN
         & DOWD LLP
      655 West Broadway, Suite 1900
      San Diego, CA  92101-8498
      Telephone:  619/231-1058
      619/231-7423 (fax)

      E-mail:  HenryR@rgrdlaw.com

# Mailing Information for a Case 1:17-cv-00648-KMT UA Local 13 Pension Fund v. Western Union Company, The et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- (No e-mail recipients)

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`