# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00648-KMT

UA LOCAL 13 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE WESTERNY UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN, AND
RAJESH K. AGRAWAL,

    Defendants.

_____

## NOTICE OF ENTRY OF APPEARANCE
_____

    I, Rusty E. Glenn, enter my appearance in the above-captioned action as counsel for plaintiff UA Local 13 Pension Fund.

| | |
|---|---|
| DATED: March 15, 2017 | Respectfully submitted, |
| | *s/Rusty E. Glenn* |
| | Rusty E. Glenn |
| | THE SHUMAN LAW FIRM |
| | 600 17th Street, Ste. 2800 South |
| | Denver, CO 80202 |
| | Telephone:  303-861-3003 |
| | Facsimile: 303-536-7849 |
| | rusty@shumanlawfirm.com |

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was filed with this Court on March 15, 2017 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                 <u>/s/  *Rusty E. Glenn*    </u>