**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00648-KMT

UA LOCAL 13 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE WESTERNY UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN, AND
RAJESH K. AGRAWAL,

    Defendants.

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

    I, Kip B. Shuman, enter my appearance in the above-captioned action as counsel for plaintiff UA Local 13 Pension Fund.

| | |
|---|---|
| DATED: March 15, 2017 | Respectfully submitted, |
| | *s/Kip B. Shuman* |
| | Kip B. Shuman |
| | The Shuman Law Firm |
| | Post-Montgomery Ctr. |
| | One Montgomery Street, Ste. 1800 |
| | San Francisco, CA 94104 |
| | Telephone: 303-861-3003 |
| | Facsimile: 303-536-7849 |
| | kip@shumanlawfirm.com |

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed with this Court on March 15, 2017 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                              /s/    *Rusty E. Glenn*