UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00648-KMT

UA LOCAL 13 PENSION FUND,

    Plaintiff,

v.

THE WESTERN UNION COMPANY, HIKMET ERSEK, SCOTT T. SCHEIRMAN, and RAJESH K. AGRAWAL,

    Defendants.

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE WESTERN UNION COMPANY

Defendant The Western Union Company ("Western Union"), by and through undersigned counsel, files this Corporate Disclosure pursuant to Fed. R. Civ. P. 7.1(a) and D.C.COLO.LCivR. 7.4 and states as follows: The nongovernmental corporate party, Western Union, in the above listed civil action does not have any parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

DATED: March 15, 2017

                                            Respectfully submitted,

                                            */s/ Holly Stein Sollod*
                                            Holly Stein Sollod, #16221
                                            HOLLAND & HART LLP
                                            555 Seventeenth Street, Suite 3200
                                            Denver, Colorado  80202-3979
                                            Telephone: 303-295-8000
                                            Facsimile:  303-975-5395
                                            *hsteinsollod@hollandhart.com*

                                            *Attorneys for Defendants*
                                            *The Western Union Company, Hikmet Ersek,*
                                            *and Rajesh K. Agrawal*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Henry Rosen
Robbins Geller Rudman & Dowd, LLP-San Diego
655 West Broadway
Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: henryr@rgrdlaw.com


Kip Brian Shuman
Shuman Law Firm-San Francisco
Post-Montgomery Center
One Montgomery Street
Suite 1800
San Francisco, CA 94104
303-861-3003
Fax: 303-536-7849
Email: kip@shumanlawfirm.com

Rusty Evan Glenn
Shuman Law Firm-Denver
600 17th Street
Suite 2800 South
Denver, CO 80202
303-861-3003
Fax: 303-536-7849
Email: rusty@shumanlawfirm.com


                                                */s/ Holly Stein Sollod*


9652596_1