UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00648-KMT

UA LOCAL 13 PENSION FUND,

    Plaintiff,

v.

THE WESTERN UNION COMPANY, HIKMET ERSEK, SCOTT T. SCHEIRMAN, and RAJESH K. AGRAWAL,

    Defendants.

## NOTICE OF RELATED CASES

Pursuant to D.C.Colo.LCivR 3.2, Defendants The Western Union Company, Hikmet Ersek and Rajesh K. Agrawal, hereby inform the Court that the above-captioned case is related to the following cases:

(1) *Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust v. The Western Union Company, Hikmet Ersek, Scott T. Scheirman and Rajesh K. Agrawal*, Case No. 17-cv-00474-KLM, a purported securities class action suit raising the same claims, against the same defendants, over the same time period as the above-captioned case. This case was filed on February 22, 2017.

(2) *Martin Herman v. The Western Union Company, Hikmet Ersek, Scott T. Scheierman and Rajesh K. Agrawal*, *Case No.* 2:17-cv-00650-CBM-AJW (C.D. Cal.), a purported securities class action suit raising the same claims, against the same defendants, over the same time period as the above-captioned case, pending in the Central District of California, and currently subject to a contested motion to transfer to the District of Colorado..

These cases arise from common questions of fact and claims and have all parties in

1

common.

DATED:  March 15, 2017

>Respectfully submitted,
>
>/s/ Holly Sollod Stein
>Holly Stein Sollod, #16221
>CiCi Cheng, #45229
>HOLLAND & HART LLP
>555 Seventeenth Street, Suite 3200
>Denver, Colorado  80202-3979
>Telephone: 303-295-8000
>Facsimile:  303-975-5395
>*hsteinsollod@hollandhart.com*
>*ccheng@hollandhart.com*
>
>*Attorneys for Defendants The Western Union Company, Hikmet Ersek, and Rajesh K. Agrawal*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Henry Rosen
Robbins Geller Rudman & Dowd, LLP-San Diego
655 West Broadway
Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: henryr@rgrdlaw.com


Kip Brian Shuman
Shuman Law Firm-San Francisco
Post-Montgomery Center
One Montgomery Street
Suite 1800
San Francisco, CA 94104
303-861-3003
Fax: 303-536-7849
Email: kip@shumanlawfirm.com

Rusty Evan Glenn
Shuman Law Firm-Denver
600 17th Street
Suite 2800 South
Denver, CO 80202
303-861-3003
Fax: 303-536-7849
Email: rusty@shumanlawfirm.com


        */s/ Holly Stein Sollod*

9653274_1