**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00648-KMT

UA LOCAL 13 PENSION FUND,

      Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK, SCOTT T. SCHEIRMAN,
and RAJESH K. AGRAWAL,

      Defendants.

---

## ENTRY OF APPEARANCE

---

      Chuan "CiCi" Cheng, of the firm Holland & Hart LLP, hereby enters her appearance on behalf of Defendants The Western Union Company, Hikmet Ersek and Rajesh K. Agrawal.

      DATED:  March 15, 2017

      Respectfully submitted,

*/s/ CiCi Cheng*
Chuan "CiCi" Cheng, #45229
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202-3979
Telephone: 303-295-8408
Facsimile:  720-545-9925
*ccheng@hollandhart.com*

*Attorneys for Defendants The Western Union Company, Hikmet Ersek and Rajesh K. Agrawal*

1

2

# CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Henry Rosen
Robbins Geller Rudman & Dowd, LLP-San Diego
655 West Broadway
Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: henryr@rgrdlaw.com


Kip Brian Shuman
Shuman Law Firm-San Francisco
Post-Montgomery Center
One Montgomery Street
Suite 1800
San Francisco, CA 94104
303-861-3003
Fax: 303-536-7849
Email: kip@shumanlawfirm.com

Rusty Evan Glenn
Shuman Law Firm-Denver
600 17th Street
Suite 2800 South
Denver, CO 80202
303-861-3003
Fax: 303-536-7849
Email: rusty@shumanlawfirm.com



　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ CiCi Cheng*