# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00648-KMT

UA LOCAL 13 PENSION FUND,
Individually and on behalf of others similarly situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK, SCOTT T. SCHEIRMAN,
and RAJESH K. AGRAWAL,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

The Western Union Company,

Hikmet Ersek, and

Rajesh K. Agrawal

1

DATED at Chicago, Illinois this 22nd day of March, 2017.

David F. Graham
Name of Attorney

Sidley Austin LLP
Firm Name

One South Dearborn Street
Office Address

Chicago, Illinois 60603
City, State, ZIP Code

(312) 853-7000
Telephone Number

dgraham@sidley.com
Primary CM/ECF E-mail Address

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Kip Brian Shuman<br>Rusty E. Glenn<br>THE SHUMAN LAW FIRM<br>855 Arapahoe Avenue<br>Boulder, CO 80320<br>Phone: 303-861-3003<br>Fax: 303-484-4886<br>Email:  kip@shumanlawfirm.com<br>            rusty@shumanlawfirm.com | Henry Rosen<br>ROBBINS GELLER RUDMAN & DOWD, LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Phone:  619-231-1058<br>Fax:  619-231-7423<br>Email:  henryr@rgrdlaw.com |

Holly Stein Sollod
Chuan "CiCi" Cheng
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202-3979
Phone:  303-295-8085
Fax:  303-975-5395
Email:  hsteinsollod@hollandhart.com
            ccheng@hollandhart.com

                                                        s/   David F. Graham

ACTIVE 220576047v.1