IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00648-KMT

UA LOCAL 13 PENSION FUND, individually and on behalf of others similarly situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN, and
RAJESH K. AGRAWAL,

    Defendants.

**JOINT MOTION TO VACATE APRIL 12, 2017 SCHEDULING CONFERENCE
AND RELATED DEADLINES AND
DEADLINE FOR FILING OF CONSENT/NON-CONSENT FORM**

    Plaintiff UA Local 13 Pension Fund and Defendants The Western Union Company ("Western Union"), Hikmet Ersek, and Rajesh K. Agrawal (collectively "Defendants"), through their undersigned counsel, respectfully request an order vacating all deadlines associated with the Order Setting Scheduling/Planning Conference and Setting Deadline for Filing of Consent/Non-Consent Form for Direct Assignment to Magistrate Judges. Dkt. No. 17.

    1.    On March 17, 2017, this Court issued an Order Setting Scheduling/Planning Conference and Setting Deadline for Filing of Consent/Non-Consent Form for Direct Assignment to Magistrate Judges. Dkt. No. 17. In that Order, the Court set a deadline to complete and file the Consent/Non-Consent Form Pursuant to D.C.COLO.LCivR 40.1(c) – Direct Assignment of Magistrate Judges indicating either unanimous consent of the parties or that consent has been declined on or before April 5, 2017. *Id.*

2. The Court further ordered that it shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on April 12, 2017 at 9:30 a.m. *Id.* Pursuant to the Court's Order, the parties are required to meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than 21 days prior to the April 12, 2017 Scheduling/Planning Conference, and must submit a proposed scheduling order to the Court on or before April 5, 2017. *Id.*

3. This purported class action asserts federal securities claims arising under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. § 78u-4 *et seq.* Generally, under 15 U.S.C. § 78u-4(b)(3)(B), absent a court order, all discovery and other proceedings are stayed during the pendency of any motion to dismiss. It is anticipated that Defendants will file a motion to dismiss and discovery will then be stayed.

4. Further, the PSLRA provides for consolidation of all related actions and the appointment of lead plaintiff and lead counsel, after a 60-day notice period expires following the filing of the initial securities class action. *See* 15 U.S.C. § 78u-4(a)(3). In this case, lead plaintiff motions are due on or before March 27, 2017.

5. Currently, there is a lower-numbered related case pending in this District captioned *Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust v. The Western Union Company, Hikmet Ersek, Scott T. Scheirman and Rajesh K. Agrawal*, Case No. 17-cv-00474-KLM ("*Smallen*"), a purported securities class action suit raising the same claims, against the same defendants, that was filed on February 22, 2017.

6. There is another related case pending in the Central District of California captioned *Martin Herman v. The Western Union Company, Hikmet Ersek, Scott T. Scheirman,*

*and Rajesh K. Agrawal*, Case No. 2:17-cv-00650-CBM-AFM (C.D. Cal.), which was filed on January 27, 2017.  Defendants have moved to transfer the *Herman* case to the District of Colorado.  The motion to transfer is scheduled to be heard on April 4, 2017.

7.   Under the PSLRA, only one lead plaintiff may be appointed for these actions.  *See* 15 U.S.C. § 78u-4(a)(3).  Further, under the PSLRA, if more than one action has been filed, the Court shall not make the lead plaintiff determination until after a decision on the motion to consolidate is rendered.  15 U.S.C. § 78u-4(a)(3)(B)(ii).

8.   It is anticipated that the *Herman* case will be transferred to this District and that the three related cases will be consolidated into the lowest-numbered case in this Court, which is the *Smallen* case.  It is further anticipated that lead plaintiff and lead counsel will not be appointed until, at the earliest, late April.  Thus, it is unclear at this time who will ultimately have the authority to act on behalf of plaintiff and the putative class in the consolidated cases with respect to consenting/non-consenting to direct assignment to magistrate judges and to Rule 16(b) and Rule 26(f) conferences.

9.   For the foregoing reasons, the parties submit that the Court should vacate all deadlines associated with the Order Setting Scheduling/Planning Conference and Setting Deadline for Filing of Consent/Non-Consent Form for Direct Assignment to Magistrate Judges and vacate the April 12, 2017 scheduling/planning conference.

THEREFORE, the parties jointly request that the Court vacate all deadlines associated with the Order Setting Scheduling/Planning Conference and Setting Deadline for Filing of Consent/Non-Consent Form for Direct Assignment to Magistrate Judges and vacate the April 12, 2017 scheduling/planning conference.

DATED:  March 23, 2017                                      Respectfully submitted,

*/s/ Rusty E. Glenn*                                   */s/ Holly Stein Sollod*
Rusty E. Glenn                                          Holly Stein Sollod
THE SHUMAN LAW FIRM                      Chuan "CiCi" Cheng
600 17th Street, Ste. 2800 South               HOLLAND & HART LLP
Denver, CO 80202                                     555 Seventeenth Street, Suite 3200
Phone: 303-861-3003                               Denver, Colorado  80202-3979
Fax:     303-536-7849                              Phone:  303-295-8085
Email: *rusty@shumanlawfirm.com*         Fax:      303-975-5395
                                                                     Email:  *hsteinsollod@hollandhart.com*
Kip B. Shuman                                                 *ccheng@hollanhdart.com*
THE SHUMAN LAW FIRM
Post-Montgomery Ctr.                             David F. Graham
One Montgomery  Street, Ste. 1800         Hille R. Sheppard
San Francisco, CA 94104                         SIDLEY AUSTIN LLP
Phone: 303-861-3003                               One South Dearborn
Fax:     303-536-7849                              Chicago, IL  60603
Email: *kip@shumanlawfirm.com*           Phone: 312-853-7000
                                                                    Fax:     312-853-7036
Henry Rosen                                              Email:  *dgraham@sidley.com*
ROBBINS GELLER RUDMAN &                        *hsheppard@sidley.com*
DOWD, LLP
655 West Broadway, Suite 1900             *Attorneys for Defendants The Western Union*
San Diego, CA 92101                              *Company, Hikmet Ersek and Rajesh K. Agrawal*
Phone: 619-231-1058
Fax:     619-231-7423
Email: *henryr@rgrdlaw.com*

*Attorneys for Plaintiffs UA LOCAL 13*
*PENSION FUND, et al.*

4

## CERTIFICATE OF SERVICE

  I hereby certify that on March 23, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kip B. Shuman
THE SHUMAN LAW FIRM
Post-Montgomery Ctr.
One Montgomery Street, Ste. 1800
San Francisco, CA 94104
Phone: 303-861-3003
Fax: 303-536-7849
Email: *kip@shumanlawfirm.com*

Rusty E. Glenn
THE SHUMAN LAW FIRM
600 17th Street, Ste. 2800 South
Denver, CO 80202
Phone: 303-861-3003
Fax: 303-536-7849
Email: *rusty@shumanlawfirm.com*

Henry Rosen
ROBBINS GELLER RUDMAN & DOWD, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Phone: 619-231-1058
Fax: 619-231-7423
Email: *henryr@rgrdlaw.com*

               */s/ Holly Stein Sollod*

9689844_1