IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00648-KMT

UA LOCAL 13 PENSION FUND, individually and on behalf of others similarly situated,

     Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN, and
RAJESH K. AGRAWAL,

     Defendants.

## ORDER GRANTING JOINT MOTION TO VACATE APRIL 12, 2017 SCHEDULING CONFERENCE AND RELATED DEADLINES AND DEADLINE FOR FILING OF CONSENT/NON-CONSENT FORM

This matter is before the Court on the "Joint Motion to Vacate April 12, 2017 Scheduling Conference and Related Deadlines and Deadline for Filing of Consent/Non-Consent Form," filed by Defendants The Western Union Company, Hikmet Ersek and Rajesh K. Agrawal.  The motion is **GRANTED**.  It is

**ORDERED** that the Court has vacated all deadlines associated with the Order Setting Scheduling/Planning Conference and Setting Deadline for Filing of Consent/Non-Consent Form for Direct Assignment to Magistrate Judges and has also vacated the April 12, 2017 scheduling/planning conference.

2

Dated this ____ day of March, 2017

BY THE COURT:

_____

9692399_1