UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND
LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
and RAJESH K. AGRAWAL,

    Defendants.

_____

Civil Action No. 1:17-cv-00648-KMT

UA LOCAL 13 PENSION FUND, individually and on behalf of others similarly situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
and RAJESH K. AGRAWAL,

    Defendants.

## UNOPPOSED MOTION TO CONSOLIDATE RELATED CASES

Defendants The Western Union Company ("Western Union"), Hikmet Ersek, and Rajesh Agrawal (collectively "Defendants") hereby move to consolidate related actions and subsequently transferred actions pending in this District pursuant to Federal Rule of Civil

1

Procedure 42(a) and D.C.COLO.LCivR 42.1.

**Certification Pursuant to D.C.COLO.LCivR 7.1**: Counsel for Defendant certifies that she has met and conferred with Plaintiffs' counsel in the above-captioned actions who consent to this Motion for Consolidation.

1. There are currently two related purported securities class actions (the "Related Actions") pending in this District against Western Union and certain of its senior officers (collectively "Defendants"). The Related Actions allege that Defendants violated Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b), 78t(a)), and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5). In particular, *Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust v. The Western Union Company, Hikmet Ersek, Scott T. Scheirman, and Rajesh K. Agrawal*, Case No. 17-cv-00474-KLM ("*Smallen*"), was filed on February 22, 2017, making it the first case filed in this District. *UA Local 13 Pension Fund v. The Western Union Company, Hikmet Ersek, Scott T. Scheirman and Rajesh K. Agrawal*, Case No. 1:17-cv-00648-KMT, was transferred by consent to this District filed on March 10, 2017, after having originally been filed in the United States District Court for the Middle District of Pennsylvania on February 22, 2017.

2. These cases are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. § 78u-4 et seq. The PSLRA provides for consolidation of all related actions and thereafter appointment of lead plaintiff and lead counsel, after a 60-day notice period expires following the filing of the initial securities class action. *See* 15 U.S.C. § 78u-4(a)(3). In this case, lead plaintiff motions are due on or before March 27, 2017.

3. Under the PSLRA, only one lead plaintiff may be appointed for these actions. See 15 U.S.C. § 78u-4(a)(3). If more than one action has been filed, the Court shall not make the

lead plaintiff determination until after a decision on the motion to consolidate is rendered. 15 U.S.C. § 78u-4(a)(3)(B)(ii).

4. There is another related case pending in the Central District of California captioned *Martin Herman v. The Western Union Company, Hikmet Ersek, Scott T. Scheirman, and Rajesh K. Agrawal*, Case No. 2:17-cv-00650-CBM-AFM (C.D. Cal.), which was filed on January 27, 2017. Defendants have moved to transfer the *Herman* case to the District of Colorado. The motion to transfer is scheduled to be heard on April 4, 2017.

5. These securities class actions present virtually identical factual and legal issues because they each allege claims under Sections 10(b) and 20(a) of the Exchange Act, name the same Defendants, and arise out of the same alleged misstatements and omissions. Pursuant to Fed. R. Civ. P. 42(a), actions which involve "a common question of law or fact" may be consolidated. And, as noted above, the PSLRA *requires* consolidation when, as here, multiple, overlapping securities class actions are filed.

6. Consolidation of the Related Actions, and any similarly related pending, subsequently filed or transferred actions, is appropriate under Rule 42(a) of the Federal Rules of Civil Procedure. *See, e.g., City of Dania Beach Police & Firefighters' Ret. Sy*s. v. *Chipotle Mexican Grill, Inc*., No. 12-cv-02164-PAB-KLM, 2013 WL 1677553, at *2 (D. Colo. Apr. 17, 2013) (consolidating securities class actions asserting Exchange Act claims that "concern the same facts, and seek to answer the same question: whether defendants made materially false and misleading statements regarding [the company] that caused harm to plaintiffs").

7. Here, consolidation is appropriate because the Related Actions are each brought on behalf of the same class of Western Union shareholders, against the same Defendants and allege violation of the securities laws based on the same conduct. *See Chipolte,* 2013 WL

1677553, at *2.  Consolidation will promote judicial efficiency and economy.  *See Darwin v. Taylor*, No. 12-cv-01038-CMA-CBS, 2012 WL 5250400, at *2 (D. Colo. Oct. 23, 2012) ("Consolidating the actions will enhance fairness and judicial economy.").

8. Under D.C.COLO.LCivR 42.1, the Related Actions should be consolidated into the *Smallen* case.

Wherefore, Defendants respectfully move for an Order directing that the *UA Local 13 Pension Fund* Action (Case No. 1:17-cv-00648-KMT) and any similarly related subsequently filed or transferred actions be consolidated with the *Smallen* case (Case No. 1:17-cv-00474-KLM).

Dated:  March 23, 2017

Respectfully submitted,

*/s/ Holly Stein Sollod*
Holly Stein Sollod
Chuan "CiCi" Cheng
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202-3979
Phone: 303-295-8085
Fax:     303-975-5395
hsteinsollod@hollandhart.com
ccheng@hollanhdart.com

David F. Graham
Hille R. Sheppard
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone: 312-853-7000
Fax:     312-853-7036
dgraham@sidley.com
hsheppard@sidley.com

Attorneys for Defendants
The Western Union Company, Hikmet Ersek and Rajesh K. Agrawal

4

# CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kip Brian Shuman
THE SHUMAN LAW FIRM
Post-Montgomery Ctr.
One Montgomery Street, Ste. 1800
San Francisco, CA 94104
Phone: 303-861-3003
Fax:     303-536-7849
Email: kip@shumanlawfirm.com

Rusty E. Glenn
THE SHUMAN LAW FIRM
600 17th Street, Ste. 2800 South
Denver, CO 80202
Phone: 303-861-3003
Fax:     303-536-7849
Email: rusty@shumanlawfirm.com

Henry Rosen
ROBBINS GELLER RUDMAN & DOWD, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Phone: 619-231-1058
Fax:     619-231-7423
Email: *henryr@rgrdlaw.com*

Joseph Alexander Hood, II
Pomerantz LLP – New York
600 Third Avenue, 20th Floor
New York, NY  10016
*ahood@pomlaw.com*

Jeremy Alan Lieberman
Pomerantz LLP – New York
600 Third Avenue, 20th Floor
New York, NY  10016
*jalieberman@pomlaw.com*

　　　　　　　　　　　　　　　　*/s/ Holly Stein Sollod*

9695989_2