| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Howard J. Kaufman, Esq.<br>Kaufman, Coren & Ress, PC<br>Two Commerce Square, # 3900<br>2001 Market Street<br>Philadelphia, PA  19103<br>Telephone No: 215-735-8700    FAX No: 215-735-5170 | | | | |
| Attorney for: Plaintiff | | | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Middle District Of Pennsylvania | | | | |
| Plaintiff: UA Local 13 Pension Fund | | | | |
| Defendant: The Western Union Company, et al. | | | | |
| **AFFIDAVIT OF SERVICE PROOF SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>17CV00326CCC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Notice of Assignment; Disclosure Statement

3. a. Party served:  The Western Union Company
   b. Person served: Amy McLaren, Person Authorized to Accept Service, Caucasian, Female, 32 Years Old, Brown Hair, Sitting, 180 Pounds.

4. Address where the party was served: The Corporation Trust Company
   1209 Orange Street
   Wilmington, DE  19801

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Mar. 06, 2017 (2) at: 10:10AM

7. **Person Who Served Papers:**
   a. Gabrielle Sachetta
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

   Date: 3/22/17

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of DELAWARE that the foregoing is true and correct.

   (Signature) Gabrielle Sachetta

8. STATE OF DELAWARE, COUNTY OF NEW CASTLE

   Subscribed and sworn to (or affirmed) before me on this 22nd day of March, 2017 by Gabrielle Sachetta proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   (Notary Signature)

   [Notary Seal: GEORGE C BARTOLI, MY COMMISSION EXPIRES APRIL 26, 2018, NOTARY PUBLIC, STATE OF DELAWARE]

   AFFIDAVIT OF SERVICE
   PROOF SUMMONS

   hokau.164525