IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00648-KLM

UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

　　　　Plaintiffs,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN, and
RAJESH K. AGRAWAL,

　　　　Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel [#25] (the "Motion"). On May 3, 2017, this lawsuit was consolidated with Civil Action No. 17-cv-00474-KLM. *Minute Order* [#27]. In connection with that consolidation, the Motion [#25] was refiled in 17-cv-00474-KLM. Thus, the present Motion [#25] is a mere duplicate and the Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel will be adjudicated in the consolidated action. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#25] is **DENIED as moot**.

Dated: September 5, 2017